Entered on Docket
February 23, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 23, 2023

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RICHARD TOM,<br><br>        Debtor.<br>_____<br>E. LYNN SCHOENMANN,<br><br>        Plaintiff,<br>v.<br><br>RICHARD TOM, an individual;<br>RICHARD TOM, as Trustee of<br>God's Grace Irrevocable Trust;<br>WINNIE JIANG; JUSTIN TOM; GREEN<br>OASIS LIMITED PARTNERSHIP; and<br>KENESHA FUDGE, as Trustee of<br>Moon Irrevocable Trust,<br><br>        Defendants. | Case No. 19-31024 HLB<br><br>Chapter 7<br><br><br><br><br>Adv. Proc. No. 21-3056 HLB |

**ORDER DENYING DEFENDANT RICHARD TOM'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

This adversary proceeding came before the court on February 23, 2023 for a hearing on Defendant Richard Tom's Motion for Judgment on the Pleadings.[1]  Plaintiff E. Lynn Schoenmann opposed

---
[1] Dkt. 74 (the "Motion").

-1-

the Motion;[2] Mr. Tom replied.[3]  Appearances were as noted on the record.

For the reasons stated on the record, the Motion is hereby **DENIED**.

**\*\*END OF ORDER\*\***

---

[2] Dkt. 102.

[3] Dkt. 107.

**Court Service List**